# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kevin Sutton,

      Petitioner,

v.

Warden K. Olsen, et al.,

      Respondents.

Case No.: 3:21-cv-00374-RCJ-WGC

**Order Dismissing Improperly Commenced Habeas Proceeding**

Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2. Accordingly, this matter has not been properly commenced.

In addition, a review of the court docket indicates that petitioner has filed numerous habeas actions challenging the same judgment of conviction, including one that was decided on the merits. *See* Case No. 3:04-cv-00498-HDM.  As this court has previously explained to the petitioner, a second or successive petition may not be filed absent authorization from the Court of Appeals, and the district court lacks jurisdiction to consider such petitions absent such authorization. *See* Case No. 3:18-cv-00598-MMD-CLB, ECF No. 7 at 1 (citing 28 U.S.C. § 2244(b)(3); *Burton v. Stewart*, 549 U.S. 147, 149 & 152-53 (2007)).

1    IT IS THEREFORE ORDERED that this action is dismissed.

2    IT IS FURTHER ORDERED that a certificate of appealability is denied, as jurists of

3 reason would not find the court's dismissal of this improperly commenced action to be debatable

4 or incorrect.

5    IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close

6 this case.

7    Dated: September 7, 2021.

8                                                    _____

9                                                    U.S. District Judge Robert C. Jones

10

11

12

13

14

15

16

17

18

19

20

21

22

23